CLOSED,PRO SE

# U.S. District Court
# Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:26–cv–00170–AMN–TWD

Flores v. Flemming et al  
Assigned to: U.S. District Judge Anne M. Nardacci  
Referred to: Magistrate Judge Therese Wiley Dancks  
Demand: $50,000  
Cause: 18:1514 Civil Action to Restrain Harassment of a Victim  

Date Filed: 02/02/2026  
Date Terminated: 02/05/2026  
Jury Demand: None  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Valerie Flores**     represented by  **Valerie Flores**
P.O. Box 1110 ACP 5749
Albany, NY 12201
838–265–4961
Email:
PRO SE

V.

**Defendant**

**Amy W. Flemming**

**Defendant**

**Cindy Zirngible**

**Defendant**

**The Flemmings**

**Defendant**

**Lori Baldwin**
*and family members*

**Defendant**

**Janet Montgomery**

**Defendant**

**Stacy Zibell**
*and family members*

**Defendant**

**Margaret Haefer**

**Defendant**

**John Meade**
*and family members*

**Defendant**

**Jim Diece**
*and family members*

**Defendant**

**2022/2023 Tenants at Whispering Pines Complex**

**Defendant**

**Whispering Pines Association**
*Reedsburg*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2026 | 1 | COMPLAINT with attached Exhibits against 2022/2023 Tenants at Whispering Pines Complex, Lori Baldwin, Jim Diece, Amy W. Flemming, Margaret Haefer, John Meade, Janet Montgomery, The Flemmings, Whispering Pines Association, Stacy Zibell, Cindy Zirngible filed by Valerie Flores, pro se via MFT. (Attachments: # 1 Civil Cover Sheet)(oca) (Entered: 02/03/2026) |
| 02/02/2026 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Valerie Flores, pro se via MFT. (Attachments: # 1 Proposed Summons as to Whispering Pines Complex) Motions referred to Judge Therese Wiley Dancks. (oca) (Entered: 02/03/2026) |
| 02/02/2026 | 3 | MOTION to Appoint Counsel filed by Valerie Flores, pro se via MFT. Motions referred to Judge Therese Wiley Dancks. (oca) (Entered: 02/03/2026) |
| 02/03/2026 | 4 | PRO SE NOTICE issued via regular mail upon pro se plaintiff, Valerie Flores. [Pro the Pro Se Handbook and Local Rules were previously provided to Pro Se Plaintiff.](oca) (Entered: 02/03/2026) |
| 02/03/2026 |  | TEXT NOTICE OF FILING DEFICIENCY regarding the 1 Complaint,. **NOTICE IS HEREBY GIVEN** of the following TWO Filing Deficiencies: Deficiency 1: Pro Se plaintiff has checked off Jury Demand on the Civil Cover Sheet, but the Jury Demand is not noted in the Pleading, pursuant to Fed.R.Civ.P 38. Failure to file a Demand for Jury Trial pursuant to Fed.R.Civ.P. Rule 38 constitutes a waiver of a jury trial. Deficiency 2: Proposed Summonses were not included with the Complaint for all defendants. Pro se is directed to file Proposed Summonses for the defendants Amy W. Flemming, Cindy Zirngible, The Flemmings, Lori Baldwin, Janet Montgomery, Stacy Zibell, Margaret Haefer, John Meade, Jim Diece, and Whispering Pines Association within 7 days of this notice.<br><br>Notice of Filing Deficiency Deadline 2/12/2026 {copy served upon pro se plaintiff via regular mail} (oca) (Entered: 02/03/2026) |
| 02/05/2026 | 5 | ORDER TRANSFERRING CASE to District of Western District of Wisconsin: Court reviewed complaint, Dkt. No. 1 , and notes that the named defendants are not located in the Northern District of New York, and they appear to reside in or are located in Reedsburg, Wisconsin which is in the Western District of Wisconsin. Additionally, the claims are based on alleged wrongdoing that appears to have mainly occurred in the Western District of Wisconsin. Accordingly, in the interests |

of justice, the Clerk is directed to transfer this case to the Western District of Wisconsin. The Court makes no ruling as to the sufficiency of plaintiff's complaint, her in forma pauperis application, or the motion for counsel, leaving those determinations to the Western District of Wisconsin. The Clerk is also directed to advise the Clerk of the Western District of Wisconsin of the entry of this Text Order and provide all information necessary for that Clerk to electronically access the documents filed in this action. The Court hereby waives the 14–day waiting period provided for in Local Rule 3.7. The Clerk is directed to serve a copy of this Text Order on plaintiff in accordance with the Local Rules and close this case. SO ORDERED by U.S. Magistrate Judge Therese Wiley Dancks on 2/5/2026. {Copy served via regular mail}.(pcj) (Entered: 02/05/2026)